UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

Case No.  3:25-cr-99/TKW-4                     Date:  June 24, 2025
                                               Time:  3:24 p.m. – 3:29 p.m.

DOCKET ENTRY: INITIAL APPEARANCE and ARRAIGNMENT ON INDICTMENT

PRESENT:
| | |
|---|---|
| Honorable **Hope Thai Cannon**, | U.S. Magistrate Judge |
| Keri Igney, | Deputy Clerk |
| PNS Recorder, | Court Reporter |
| Walter E. "Ward" Narramore | Asst. U. S. Attorney |
| Randall Lockhart, | Defense Attorney |
| None | Interpreter |
| Rebecca Lee, | Probation Officer |

**Name of Defendant:**  JENNIFER E. PURVES
☒ Custody ☐ Bond ☐ O/R

**PROCEEDINGS:**

☒  Defendant advised that Defendant is before a United States Magistrate Judge.

☒  Defendant advised of charges, penalties and fines.

☒  Defendant advised not to make any statement before consulting an attorney.

☒  Defendant advised of right to hire counsel or have counsel appointed.

☒  Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

☒  Defendant appointed the services of the Federal Public Defender.
    (see separate order)

☐  Defendant declined to complete CJA Form 23.

☐  Defendant advised Defendant will hire private counsel.

☐  Defendant advised of right to reasonable bail.

☐  Government moves for detention.

☐  Defendant **WAIVED** the detention hearing and reserved the right to re-open the hearing at a later date if something changes.

☐  Detention hearing set for Click or tap to enter a date. by separate order and Defendant will be temporarily detained.

3:25-cr-99/TKW-4

☐  Defendant released on conditions.

☒  As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny.  Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

☒  Defendant arraigned for trial
   ☒  Defendant waived formal reading of the indictment.
   ☒  Defendant entered a plea of NOT GUILTY on all counts.
   ☒  Jury trial date:  August 18, 2025 before US District Judge T. Kent Wetherell, II, United States Courthouse, Pensacola, Florida

☐  Defendant advised he/she can request an attorney for the government or a federal law enforcement officer notify a consular officer from the defendant's country that he/she has been arrested.

   ☐  Defendant requests notification, and government directed to ensure notification.

   ☐  Defendant declines notification.

_____
Filed in Court
June 24, 2025
CRD:  kli

3:25-cr-99/TKW-4